IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CANDRA BETH CLARK                                                                          PETITIONER

v.                                                           CIVIL ACTION NO. 1:21-cv-228-TBM-RPM

EVAN HUBBARD                                                                              RESPONDENT

## FINAL JUDGMENT

    This matter is before the Court on submission of the Report and Recommendation [40] entered by United States Magistrate Judge Robert P. Myers on March 4, 2022. The Court, having adopted the Report and Recommendation as the opinion of the Court by Order entered this same day, finds that this matter should be dismissed.

    **IT IS HEREBY ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE.** This **CASE** is **CLOSED.**

    **THIS**, this the 22nd day of July, 2022.

                                TAYLOR B. McNEEL
                                UNITED STATES DISTRICT JUDGE